```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


KAREN CHERELLI,                        )
Individually and on Behalf of All      )
Other Persons Similarly Situated,      )
          Plaintiff,                   )
                                       )
          v.                           )   CIVIL ACTION
                                       )   No. 18-10717-DPW
THE INSTORE GROUP, LLC,                )
          Defendant.                   )
```

**ORDER OF DISMISSAL**

WOODLOCK, D.J.

   In accordance with this Court's Memorandum and Order [ECF # 20] issued on January 11, 2021, it is hereby ORDERED the above-entitled action be, and hereby is, DISMISSED as duplicative.

                                    BY THE COURT,

                                    */s/ Barbara I. Beatty*
                                    _____
DATED:  January 11, 2021            Deputy Clerk